ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                  )
                                              )
Hensel Phelps Kiewit Joint Venture            )        ASBCA No. 60334
                                              )
Under Contract No. W912DR-13-C-0005           )

APPEARANCES FOR THE APPELLANT:        Todd R. Metz, Esq.
                                      Brian R. Dugdale, Esq.
                                        Varela, Lee, Metz & Guarino, LLP
                                        Tysons Corner, VA

                                      R. Miles Stanislaw, Esq.
                                        Watt, Tieder, Hoffar & Fitzgerald, LLP
                                        Seattle, WA

APPEARANCES FOR THE GOVERNMENT:       Thomas H. Gourlay, Jr., Esq.
                                        Engineer Chief Trial Attorney
                                      Scott C. Seufert, Esq.
                                      David B. Jerger, Esq.
                                        Assistant District Counsel
                                        U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 July 2017

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60334, Appeal of Hensel Phelps Kiewit Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals